# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RANDY L. KINNEY, JR.,** | : | **Civil No. 3:20-CV-0953** |
| **Plaintiff,** | : | |
| v. | : | |
| | : | **(Magistrate Judge Carlson)** |
| **D. FELSMAN,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 5th day of October, 2021, in accordance with the accompanying Memorandum Opinion, the defendant's motion for summary judgment (Doc. 31) is DENIED. IT IS FURTHER ORDERED that the parties shall consult, confer, and provide the Court with a supplemental case management plan proposing a pretrial schedule in this case. This supplemental case management plan should also address whether the parties wish to engage in mediation efforts. The supplemental case management plan is due on or before **October 26, 2021**.

s/ *Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge