Judge Martin C. Carlson      5/12/22

    I'm writing in regards to Civil suit I had filed. We came to a settlement. The reason I'm writing is to let it be known I'm bein sent to a half-way house June 1st. And as of now I've yet to receive my check. The address is as follows,

Randy Kinney
GEO Scranton
539 Linden ST
Scranton PA 18503
570-341-8115

Sincerly
Randy Kinney

Smart Communications/PADOC

SCI- Quehanna

Name Randy Kinney

Number QG6673

PO Box 33028

St Petersburg FL 33733

RECEIVED
HARRISBURG, PA
MAY 16 2022
PER _____ DEPUTY CLERK

JOHNSTOWN PA 159

PA Dept of
Corrections  13 MAY 2022 PM 1 L
Inmate Mail



02 1P    $ 000.53
0000892942   MAY 13 2022
MAILED FROM ZIP CODE 16845

Office of the Clerk
United States District Court
Middle District of PA
U.S Courthouse
228 Walnut St PO Box 983
Harrisburg PA 17108