June 1, 2022

TO: Office of the Clerk
    United States District Court
    Middle District of Pennsylvania
    U.S. Courthouse
    228 Walnut St.
    P.O. Box 983
    Harrisburgh, PA. 17108

TO whom it May Concern:

    I am writing to inform you of
an address change so that My
Check from Civil Case NO 3:20-CV-0953
Can be Sent to Me at My Current
and proper address:
            Randy L. Kinney Jr
            % Renewal Inc #2
            704 Second Ave
            Pitsburgh, PA. 15219

Sincerely


Randy L. Kinney Jr.

Smart Communications/PADOC

SCI- Quehanna

Name Randy Kinney

Number Q66673

PO Box 33028

St Petersburg FL 33733

**RECEIVED**
HARRISBURG, PA
JUN 07 2022
PER _____
DEPUTY CLERK

0000 98CONESTOWN PA 159
PA Dept of
Corrections 01 JUN 2022 PM 11
Inmate Mail

02 1P
0000892942   JUN 01 2022
$ 000.53⁰
MAILED FROM ZIP CODE 16845

Office of the clerk
United states District Court
Middle district
228 walnut ST
P.O. Box 983
Harrisburg PA 17108

17108$0983 B011